**BRUCE A. BLAKEMAN**
**County Executive**

**THOMAS A. ADAMS**
**County Attorney**

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

August 31, 2026

**VIA PACER**
Hon. Magistrate Judge Arlene Lindsay
United States District Court
Eastern District of New York
100 Federal Plaza,
Central Islip, New York 11722

Re: Hughes v. Spatenga et al., Docket No. 2:25-cv-01706-JMA-ARL

Dear Magistrate Judge Lindsay:

In connection with the above-referenced matter, this letter is sent pursuant to Local Civil Rule 1.4 to request leave of Court to withdraw from representation of defendants, Colleen Spatenga, Lisa Jacobsen And Michael Mcleod In Their Representative Capacity As Employees And Agents Of Nassau County Department Of Social Services, Aileen Newbold In Her Representative Capacity As Employee And Agent Of Nassau County Special victims Unit, Nassau County Department Of Social Services, Nassau County Special Victims Unit, Nassau County Child Protective Services Program, Office Of The Nassau County District Attorney, County Of Nassau (hereinafter collectively referred to as "County Defendants"),

The reason for the withdrawal is because I resigned last week, and my last day in the office will be September 4, 2026. The County Attorney's Office is working to assign all my pending matters to another Deputy County Attorney, who will file a Notice of Appearance shortly.

In the meantime, all inquiries and notices should be forwarded to the Litigation Bureau by emailing ysiew@nassaucountyny.gov, jmair@nassaucountyny.gov, and/or mrozea@nassaucountyny.gov.

In light of the foregoing, it is respectfully requested that the Court grant the withdrawal of counsel.

Thank you for your time and attention to this request.

Respectfully submitted,

*Mohammad A. Tahir*
Mohammad A. Tahir, Esq.

**ONE WEST STREET – MINEOLA, NEW YORK 11501-4820**
**516-571-3056, FAX 516-571-6684**