THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**JOHN CARNEVALE**
*Assistant Corporation Counsel*
Tel.: (212) 356-2415
Fax: (212) 356-3509
jcarneval@law.nyc.gov

September 8, 2026

**VIA ECF**
Honorable Arlene R. Lindsay
United States Magistrate Judge
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722

Re: *Hughes v. Spatenga, et al.*.
Docket No.: 25-cv-1706 (JMA) (ARL)

Your Honor:

I write in response to the Court's August 31, 2026 Order.

I was previously employed as a Deputy County Attorney with the Office of the Nassau County Attorney located in Mineola, New York. Consequently, I appeared as an attorney for the County defendants. I resigned as a Deputy County Attorney in April 2026 and I am no longer employed by the County of Nassau.

I hereby request this Court terminate my appearance or otherwise relieve me as an attorney for the County defendants pursuant to Local Civil Rule 1.4.

Respectfully submitted,

*/s/ JCarnevale*
John Carnevale
*Assistant Corporation Counsel*
Special Federal Litigation Division